UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

TRAFFIC SPORTS USA,

                Plaintiff,

-against-

LA CAMISA NEGRA RESTAURANT & BAR CORP.,

                Defendant.

------------------------------------------------------------------- X

11-CV-1475 (ARR)(RLM)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated May 23, 2012, from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff is awarded $4,670.00 in damages and costs. The Clerk of Court is instructed to enter judgment accordingly. Plaintiff's counsel is directed to promptly serve a copy of this order on defendant.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: July 26, 2012
       Brooklyn, New York

2